UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 10-10003-CR-MARTINEZ**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BELKIS MENDEZ,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to

Order of Reference of the District Court Dated January 26, 2011.  The Report and Recommendations

issued by United States Magistrate Judge Peter R. Palermo, on March 9, 2011 **(D.E.#224),**

recommends to this Court, that CJA Voucher #FLS 10-4870 be Granted in part and that Mr.Paul

Donnelly be awarded the sum of **$10,961.97** as fair and final compensation for his work in this case.

The parties were afforded the opportunity to file objections to the Report and Recommendation,

however none were filed.  Accordingly, the Court has considered the Report and Recommendation,

the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon

independent review of the file and being otherwise fully advised in the premises, it is

        **ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's

Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

        **DONE AND ORDERED** in Chambers at Miami, Florida, this __30__ day of March, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Paul Donnelly, Esq
Lucy Lara, CJA Administrator